UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re CORNELL COMPANIES, INC.<br>SECURITIES LITIGATION | §<br>§<br>§ | Civil Action No. H-02-0866<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | §<br>§<br>§<br>§ | |

**ORDER GRANTING UNOPPOSED MOTION FOR AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF EXPENSES**

THIS MATTER having come before the Court on the application of counsel for the Lead Plaintiff for an award of attorneys' fees and reimbursement of expenses incurred in the Litigation; the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this Litigation with the Defendants to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Settlement Class who have not timely and validly requested exclusion.

2. Lead Plaintiff's counsel have moved for an award of attorneys' fees in the amount of 25% of the Settlement Fund. This is the fee percentage approved by the Court-appointed Lead Plaintiff with Lead Counsel prior to their appointment by the Court pursuant to 15 U.S.C. §78u-4(a)(6) of the Private Securities Litigation Reform Act of 1995.

3. This Court adopts the percentage-of-recovery method of awarding fees in this case, and concludes that the percentage of the benefit is the proper method for awarding attorneys' fees in this case.

4. The Court hereby awards attorneys' fees of 25% of the Settlement Fund and reimbursement of $146,099.81 in expenses, plus interest on the award at the same rate as earned on the Settlement Fund.

5. Said fees shall be allocated among counsel for Lead Plaintiff by Lead Counsel in a manner which, in its good faith judgment, reflects each counsel's contribution to the institution, prosecution and resolution of the Litigation.

- 2 -

6.      The awarded attorneys' fees and expenses shall be paid to Lead Plaintiff's counsel from the Settlement Fund, subject to the terms, conditions and obligations of the Stipulation of Settlement dated as of April 14, 2005.

7.      Pursuant to 15 U.S.C. §78u-4(a)(4), Flyline Partners L.P. is reimbursed its expenses incurred in serving as Lead Plaintiff in the amount of $1,970.00.

IT IS SO ORDERED.

DATED: February 10, 2006      /s/ Vanessa D. Gilmore
THE HONORABLE VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

S:\Settlement\Cornell.set\ORD FEES 00027337.doc